FILED
JAMES BONINI
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

08 JAN 30 PM 12:22

| | | |
|---|---|---|
| JAMES LAMPKIN, | ) | CASE NO: 1-02-042 |
| Petitioner, | ) | |
| | ) | Jugde S. Arthur Spiegel |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**Motion to Modify imposed term of imprisonment
Pursuant to Title 18 U.S.C. 3582(c)(2)**

NOW COMES, James Lampkin pro-se, and prays this Honorable Court will grant his Title 18 U.S.C. §3582(c)(2) motion and reduce his term of imprisonment now that the United States Sentencing Commission (U.S.S.C) has adopted amendment 706 to the United States Sentencing Guidelines (U.S.S.G) on November 1, 2007 and made retroactive on December 11, 2007.

Title 18 U.S.C. §3583(c)(2) states that in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been loweed by the Sentencing Commission pursuant to 28 U.S.C. §994(o), upon motion of the defendant or the Director of the Bureau of Prison or on its own motion, the court may reduce the term of imprisonment, after

considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

On October 29, 2002 Petitioner was sentenced for Title 21 U.S.C. §841, Distribution of five grams of more of Cocaine Base. Petitioner was given a base offense level of 23 with a criminal history score of 5 for distribution of 9 grams of Cocaine Base. His sentencing range was set at 84-105 months and Petitioner was sentenced to 105 months with a 4 year term of supervised release. Under the November 1, 2007 guideline, section 2D1.1(c)(8) is amended by striking "At least 4 grams but less than 5 grams of Cocaine Base" and inserting "At least 5 grams but less than 20 grams of Cocaine Base". Using this new amendment, Petitioner would receive a base offense level of 21 with the same criminal history score of 5 for 9 grams of Coacaine Base, which would place him in a sentencing range of 70-87 months, Petitioner received a Mandatory Minimum sentence of 60 months for possessing five or more grams of Cocaine Base. Petitioner could now be sentenced to atleast 87 months.

WHEREFORE, Petitioner prays this Honorable Court will grant his Title 18 U.S.C. §3582(c)(2) motion to modify his imposed term of imprisonment and reduce his sentence.

Dated: 1/25/08

Respectfully Submitted,

*James Lampkin*
James Lampkin
Reg. No. 03533-061
Federal Correctional Institution
P.O, Box 1000
Morgantown, WV 26507-1000

```
MRGVU          *            PROGRESS REPORT         *      11-30-2007
PAGE                                                        14:35:10
```

RSP OF: MRG MORGANTOWN FCI        US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        446 GREENBAG ROAD, ROUTE 857
        MORGANTOWN, WV 26501
        304 296-4416
NAME: LAMPKIN, JAMES M            REGNO: 03533-061 AGE(DOB): 45/09-19-1962

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| *James Lampkin* | 10/1/07 | |

TYPE OF PROGRESS REPORT:
INITIAL ___ SIH ___ TRIENNIAL _X_ PRE-RELEASE ___ TRANSFER ___ OTHER: _____

PRESENT SECURITY/CUSTODY LEVEL:
   LOW    /OUT

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

DISTRIBUTION OF CRACK COCAINE: T21:841(A)(1) &
T21:842(B)(1)(B)(III)
   105 MONTHS                         /    4 YEARS

DATE COMPUTATION BEGAN: 10-29-2002

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: + JAIL CREDIT - INOP TIME |
|---|---|---|
| 0   /0   /0 | 270 | M:   61  D:  2 |
| | | + 57   JC - 0    INOP |

PROJECTED RELEASE DATE: 04-16-2010 | PROJECTED RELEASE METHOD: GCT REL

DETAINERS/PENDING CHARGES: NONE ON FILE

CO-DEFENDANTS: N/A

DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                        BP-CLASS-3

NAME: LAMPKIN, JAMES M             REGNO: 03533-061

---------------------- INSTITUTIONAL ADJUSTMENT ----------------------

Inmate Lampkin has maintained an average institutional adjustment while serving his 105-month sentence.

A. PROGRAM PLAN: During his initial classification, and subsequent program reviews, the unit team made the following recommendations: participate in the Inmate Financial Responsibility Program, enroll and complete drug programming, and participate in various education and recreation programs. Along with these programming goals, it was also recommended that he maintain clear conduct, seek Psychology Services as needed, save funds for release, and maintain the required levels of unit sanitation and personal hygiene.

B. WORK ASSIGNMENTS: Inmate Lampkin has been assigned to the job sites listed below, and has continuously received good work report ratings. When evaluating an individual's level of work performance, the following areas are rated: quality and quantity of work, initiative, interest, ability to learn, need for supervision, response to supervision, ability to work with others, and overall job proficiency.

| INST | WORK ASSIGNMENT | START DATE | STOP DATE |
|------|-----------------|------------|-----------|
| MRG | UNICOR TMP  TEMPORARY UNICOR EMPLOYEE | 02-11-2007 | CURRENT |
| MRG | CHAPEL      CHAPEL | 09-16-2006 | 02-11-2007 |
| MRG | CONVALESCE  CONVALESCE | 09-11-2006 | 09-16-2006 |
| MRG | CHAPEL      CHAPEL | 09-09-2006 | 09-11-2006 |
| MRG | CONVALESCE  CONVALESCE | 09-05-2006 | 09-09-2006 |
| MRG | CHAPEL      CHAPEL | 07-02-2006 | 09-05-2006 |
| MRG | GENMEC1     GENMEC1 | 06-07-2006 | 07-02-2006 |
| MRG | UNICOR CC2  UNICOR 2, 12:15 PM-3:30 PM | 05-16-2006 | 06-07-2006 |
| MRG | VACATION    VACATION | 05-11-2006 | 05-16-2006 |
| MRG | UNICOR CC1  UNICOR 1, 7:45 AM-5:15 PM | 03-14-2006 | 05-11-2006 |
| MRG | VACATION    VACATION | 03-09-2006 | 03-14-2006 |
| MRG | UNICOR CC1  UNICOR 1, 7:45 AM-5:15 PM | 09-25-2005 | 03-09-2006 |
| MRG | UNICOR TMP  TEMPORARY UNICOR EMPLOYEE | 08-23-2005 | 09-25-2005 |
| MRG | ORD ALE     ORD ALE | 05-08-2005 | 08-23-2005 |
| MRG | ORD RAN     ORD RAN | 02-13-2005 | 05-08-2005 |
| MRG | A&O         A&O | 01-19-2005 | 02-01-2005 |
| MRG | PEND CLASS  PEND CLASS | 01-11-2005 | 01-19-2005 |
| ATL | DCU UNASSG  DETENTION CENTER UNASSIGNED | 01-03-2005 | 01-05-2005 |

C. EDUCATIONAL/VOCATIONAL PARTICIPATION: Inmate Lampkin has completed the classes listed below:

---------------------- EDUCATION INFORMATION ----------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|------|------------|-------------|-----------------|----------------|
| MRG | ESL HAS | ENGLISH PROFICIENT | 03-12-2003 1430 | CURRENT |
| MRG | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-11-2003 1538 | CURRENT |

---------------------- EDUCATION COURSES ----------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|----|----|-----|
| MRG | FUNDAMENTALS OF NUTRITION EVE | 07-15-2006 | 09-15-2006 | P | C | P | 12 |
| MRG | TYPING CLASS PM 1:00-2:00 | 02-27-2005 | 05-22-2005 | P | C | P | 56 |

D. COUNSELING PROGRAMS: The court recommended he participate in drug programming. On December 30, 2003, he completed the 40-Hour Drug Education Class.