1/25/08

Case No: 1·02·042

Dear Honorable Judge Spiegel,

I'm not sure if you will remember me, but my name is James Lampkin and I was sentenced in your courtroom October of 2002 for selling drugs. This letter to you is long overdue, but now that I have had a major change in my life, it is time to say the things I should have said years ago.

First and foremost, I would like to apologize to you for my irresponsibility in this matter. At that time, I had a very severe drug problem and tried to hide that fact from everyone for all of these years. I know that I did some real stupid things and was not mature enough or willing enough to get help for my problem. I was an embarrassment to my family, my friends, and even to myself because I thought I could handle it, but I was wrong. Being incarcerated for all these years, being seperated from my family, and the loss of my mother, my sister, and several friends has been painful for me. I have come to realize that missing their funerals was a direct result of my actions and irresponsible

behavior.

Your honor, I thank you for opening my eyes to see the light and the error of my ways. My eyes are open even more now that God is in my life, and I know what is important in life, and through all of my pain and heartache, he has still blessed me and my family. I know I couldn't have done it without Jesus Christ showing me that there is a better way for me. I have learned a valuable lesson from this time in prison, I learned that I have to be there for my son and daughter and provide for and teach them what I have learned and show them how people can change.

Your honor, I have completed my financial responsibilities that your court ordered me to complete to better myself upon my release. Now that the United States Sentencing Commission has made the crack cocaine amendment retroactive, that allows defendants to file a 3582(c)(2) motion to the district court to receive a two (2) level reduction from there sentence. I pray that your honor would consider granting me this two (2) level reduction. I again

apologize to you, my family, friends and my community. I am a new man, have a new life in Christ and won't disappoint anyone.

I thank you in advence for your time and consideration. May God continue to bless you and your family.

Respectfully, James Lampkin